**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: November 16, 2010**

_____

BK1010773
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-35738 |
| Scott Michael Jones<br>Andrea Nicole Jones | Chapter 7 |
| | Judge Walter |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #12) FOR PROPERTY LOCATED AT (2300 BINGHAM AVENUE DAYTON, OH 45420)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on October 13, 2010 as document number 12. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2300 Bingham Avenue Dayton, OH 45420.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
Bar Registration No.0079176
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Elidio Gil
193 Knolls Drive
Wilmington, OH 45177
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Montgomery County Treasurer
451 West Third Street
Dayton, OH 45422
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###